IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DISTRICT

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

    v.         Civil No.    2:12-CV-02028-RTD
            Criminal No.  2:10-CR-20007-RTD

JESUS SALAS                                                DEFENDANT/MOVANT

**O R D E R**

Movant, a federal prisoner presently housed at the Federal Correctional Institution, Safford, AZ, has filed a Motion Under 28 U.S.C. §2255 for review by this court (ECF No. 24) on February 8, 2012. Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this February 9, 2012.

                                            /s/ J. Marschewski
                                            James R. Marschewski
                                            Chief United States Magistrate Judge